DRISCOLL, RESPONDENT, v. SHIELDS, APPELLANT.

(No. 1,412.)

(Submitted May 5, 1902.   Decided May 5, 1902.)

*Appeal — Rules of the Supreme Court — Defective Brief—
Dismissal.*

An appeal wherein the appellant's brief contains no assignment of the errors
relied on, as is required by Subdivision "b" of Rule X of the Supreme Court,
will be dismissed on respondent's motion.

*Appeal from District Court, Silver Bow County; John
Lindsay, Judge.*

ACTION by Dennis Driscoll against Dan Shields. From a
judgment for plaintiff, defendant appeals.   Dismissed.

*Mr. J. L. Wines,* for Appellant.

*Messrs. McHatton & Cotter,* for Respondent.

MR. CHIEF JUSTICE BRANTLY delivered the opinion
of the court.

Appeal by defendant from a judgment and an order denying
him a new trial.   At the hearing this day a motion is submitted
asking that the appeal be dismissed for the reason, among
others, that appellant's brief filed in this court contains no
assignment of the errors upon which he relies, as is required
by Subdivision "b" of Rule X of this court.   Upon inspection
of the brief, we find it wholly lacking in the particular men-
tioned.   Upon the authority of *Patterson* v. *Pfouts,* 25 Mont.
163, 64 Pac. 222, and other cases, the motion must be sus-
tained.

*Dismissed.*